WILLIAM C. GREENE, as Receiver of the MERCHANTS' BANK OF LOCKPORT, Appellant, *v.* THE COUNTY OF NIAGARA, Impleaded, etc., et al., Respondents.

*Greene* v. *County of Niagara*, 31 App. Div. 634, affirmed.
(Argued January 15, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1898, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*David Millar* for appellant.

*P. F. King* for County of Niagara, respondent.

*Ellsworth, Potter & Storrs* for Ellsworth, respondent.

Judgment affirmed, with costs to both respondents; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.